NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IDEAL INDUSTRIES LIGHTING LLC, dba Cree Lighting,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**RAB LIGHTING INC.,**
*Intervenor*

-------------------------------------------------

**RAB LIGHTING INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

———————————

2022-1484, 2022-1501

———————————

2                IDEAL INDUSTRIES LIGHTING LLC v. ITC

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1213.

———————————

# O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P.  42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

March 29, 2022
    Date                    /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court

**ISSUED AS A MANDATE:** March 29, 2022